FILED
2017 FEB -1 AM 11: 35
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:17 CR 0037 |
| NICHOLAS DIGIACCO, | ) Title 21, Section 846, United States Code |
| Defendants. | ) Title 21, Sections 841(a)(1), (b)(1)(C), United States Code |
| | ) Title 21, Section 843(b), United States Code |
| | ) Title 18, Section 2, United States Code |

JUDGE NUGENT

COUNT 1

The Grand Jury charges:

Beginning at least as early as September 9, 2015 and continuing through October 26, 2015, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, and elsewhere, NICHOLAS DIGIACCO, the defendant herein, Alfonso Yunis (named but not indicted herein) and others known and unknown, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 846.

## COUNT 2

The Grand Jury further charges:

On or about September 9, 2015, NICHOLAS DIGIACCO, the defendant herein, and Alfonso Yunis (named but not indicted herein) did knowingly and intentionally distribute 168 oxycodone 30 mg pills, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges:

On or about September 9, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, NICHOLAS DIGIACCO, the defendant herein, and Alfonso Yunis (named but not indicted herein) did knowingly and intentionally use a communication facility, to wit: the United States Mail, to facilitate acts constituting a felony under Title 21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 4

The Grand Jury further charges:

On or about October 25, 2015, NICHOLAS DIGIACCO, the defendant herein, and Alfonso Yunis (named but not indicted herein) did knowingly and intentionally distribute, and possess with intent to distribute, 159 oxycodone 30 mg pills, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 5

The Grand Jury further charges:

On or about October 25, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, NICHOLAS DIGIACCO, the defendant herein, and Alfonso Yunis (named but not indicted herein) did knowingly and intentionally use a communication facility, to wit: the United States Mail, to facilitate acts constituting a felony under Title 21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, the allegations of Counts 1 through 5 are incorporated herein by reference. As a result of the foregoing offenses, NICHOLAS DIGIACCO, the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.